## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTONIO DEMAR POOLE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-483** |
| **JOHN BEL EDWARDS, ET AL.** | **SECTION "A" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Antonio Demar Poole's 42 U.S.C. § 1983 claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this ___28th_____ day of ___September_____, 2022.

_____
UNITED STATES DISTRICT JUDGE